IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:11CV004-RLV-DSC

NATIONAL ALLIANCE FOR )
ACCESSIBILITY, INC., and )
DEBRA PAYNE, )
                                              )
        Plaintiff, )
vs. )
                                              )
WAFFLE HOUSE, INC., )
                                              )
        Defendant. )

## ORDER

Upon motion of counsel for the Defendant, and for good cause shown, **IT IS HEREBY ORDERED** that the Initial Attorney's Conference is **STAYED** until May 15, 2011.

**SO ORDERED**.

                                              Signed: April 6, 2011

                                              David S. Cayer
                                              United States Magistrate Judge